**324**

**Barcilio BLAKE, Appellant,**

v.

**RYDER SYSTEM, d/b/a Ryder Truck Rental, Respondent.**

**No. WD 48105.**

Missouri Court of Appeals,
Western District.

Feb. 1, 1994.

Herbert M. Rope, Kansas City, for appellant.

Brian J. Fowler, Kansas City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

***ORDER***

PER CURIAM.

Appeal from a decision of the Labor and Industrial Relations Commission for denial of claim for workers' compensation benefits.

The award of the Commission is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Vincent Carlos BROCK, Appellant.**

**No. WD 44443.**

Missouri Court of Appeals,
Western District.

Feb. 1, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

***ORDER***

PER CURIAM.

Appeal from a conviction of possession of a controlled substance, § 195.202, RSMo Cum. Supp.1992.

Affirmed. Rule 30.25(b).